### Willie J. TIMMONS, Appellant,

v.

### MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.

### No. WD 73541.

Missouri Court of Appeals,
Western District.

June 28, 2011.

Willie J. Timmons, Appellant pro se.

Stephen D. Hawke and Terrence M. Messonnier, Jefferson City, MO, for respondent.

Before Division Two: JAMES M. SMART, JR., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, Judges.

### ORDER

PER CURIAM:

Willie Timmons appeals from the trial court's judgment denying his petition for declaratory relief and granting the Missouri Department of Corrections' motion to dismiss for failure to state a claim. Timmons claims that (1) the trial court made an erroneous ruling on the merits of Timmons's petition for declaratory judgment; and (2) Timmons is entitled to addi-

tional jail time credit. We affirm. Rule 84.16(b).